# PARKER IBRAHIM & BERG
### ATTORNEYS AT LAW

270 Davidson Avenue
Somerset, NJ 08873

5 Penn Plaza
Suite 2371
New York, NY 10001
www.piblaw.com

Writer's Direct Contact:
908.333.6209 (Tel.)
908.333.6230 (Fax)
anthony.vaughn@piblaw.com

December 19, 2013

**VIA ECF**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Nials, et al. v. Bank of America, N.A., et al.**
              **Case No: 13-CV-05720-AJN**

Dear Judge Nathan:

      This firm represents Defendants JPMorgan Chase Bank, National Association, as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Federal National Mortgage Association, and Mortgage Electronic Registration Systems, Inc. (collectively, the "Defendants") in the above-referenced action.

      In furtherance of our correspondence dated December 18, 2013, we write to respectfully advise the Court that the Supreme Court of the State of New York, County of Orange, subsequently issued a Recall Order recalling and vacating its Decision and Order dismissing the Complaint of *Pro Se* Plaintiffs Shamaine D. Nials and Matthew A. Nials against Defendants in the action that had been previously pending in that court, but that has since been removed to this Court (Index No. 4967/2013). A copy of the Recall Order is enclosed for the Court's convenience.

      We apologize for any inconvenience and thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                     /s/ *Anthony W. Vaughn, Jr.*

                                   Anthony W. Vaughn, Jr.

Enclosure

{00142457.DOCX }

cc:   All Counsel of Record (via ECF and FedEx)
      *Pro Se* Plaintiffs Shamaine D. Nials and Matthew Nials (via FedEx)

{00142457.DOCX}